**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7870**

---

MARK A. TURNER,

Plaintiff - Appellant,

versus

BARBARA A. SCOTT, Clerk of General Sessions
Court,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia. William B. Traxler, Jr., District
Judge. (CA-95-3006-3-21-BC)

---

Submitted: May 16, 1996        Decided: May 29, 1996

---

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Mark A. Turner, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order adopting the magistrate judge's recommendation on alternate reasoning and dismissing without prejudice this complaint pursuant to 42 U.S.C. § 1983 (1988). The order is not appealable because the defect on which the dismissal was based could be cured by amending the complaint. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064 (4th Cir. 1993). Accordingly, this court does not have jurisdiction over this appeal and it must be dismissed.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2